

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00419-CV

———————————————

IN RE JERRY LYNN BISBY, Relator

———

Original Proceeding
From Tarrant County
Trial Court No. 0527739

———

Before Womack, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 19, 2019